IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARTHA WEST, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: WMN-00-3304 |
| AMF BOWLING, INC. | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon consideration of Defendant AMF Bowling Centers, Inc.'s (incorrectly identified as AMF Bowling, Inc. in the Complaint) Motion to Extend Discovery and any opposition thereto, it is this _26th_ day of _March_, 2001,

**ORDERED,** that the same be and hereby is **GRANTED,** and it is further

**ORDERED,** that the discovery deadline be extended sixty (60) days from the date of this Order and that the dispositive motions deadline be extended ninety (90) days from the date of this Order.

_____
Judge, United States District Court for
the District of Maryland