```
                                            FILED ____ ENTERED
                                         ____ LODGED ____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MARYLAND           JUL  3 2001

                                         CLERK U.S. DISTRICT COURT
                                           DISTRICT OF MARYLAND
                                                            DEPUTY
```

MARTHA WEST, et al.            :

v.                             :      Civil Action No. WMN 00-3304

AMF BOWLING, INC.              :

\* \* \* \* \* \* \* \* \* \*

## AMENDED SCHEDULING ORDER

1. A pretrial conference is scheduled for <u>November 27, 2001</u> at 9:15 a.m. The pretrial order is due in chambers five days prior to the pretrial conference.

2. Requested voir dire, jury instructions and witness lists shall be submitted in duplicate by <u>November 27, 2001</u>. Any request for an instruction should be based on the pattern Modern Federal Jury Instructions, Sand et al. or, where Maryland law is applicable, on the Maryland Pattern Jury Instructions. Submissions should be by photocopy of the pattern instruction with any requested change or modification handwritten by interlineation.

3. The <u>2 day</u> jury trial in this matter shall commence on <u>December 10, 2001</u>, at 10:00 A.M.; counsel are to arrive in chambers at 9:30 a.m. to discuss voir dire and jury instructions.

4. Counsel for the parties shall mark their documentary or physical evidence numerically in advance of trial, and shall provide a list containing a brief description of each item so marked. [Please contact my courtroom deputy, Mary Jo Lauman (410)962-2600 prior to the submission of the exhibit list to insure an accurate format.] Counsel for the plaintiff shall file said list with the court, in quadruplicate, and shall serve a copy



on defendant's counsel not later than <u>November 20, 2001</u>. Counsel for the defendant shall file said list with the Court and shall serve a copy on plaintiff's counsel, not later than <u>November 27, 2001</u>.

5. The Clerk of Court shall mail copies of this Scheduling Order to counsel in this case.

_____
William M. Nickerson
United States District Judge

Dated: __4/17/01__