IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARTHA WEST, ET AL

V.

AMF BOWLING, INC.

CIVIL ACTION NO. WMN-00-3304

## ORDER ADMINISTRATIVELY CLOSING CASE

On July 30, 2001, the Court was advised that a petition for relief under Chapter 7 of the United States Bankruptcy Code was filed by AMF Bowling, Inc., defendant in this matter, in the United States Bankruptcy Court for the District of Maryland, Case No. 01-61126 July 2, 2001. By virtue of the pendency of such bankruptcy proceeding, the within action will be stayed for an indefinite period of time.

IT IS this 7TH day of August 2001, by the United States District Court for the District of Maryland, ORDERED that the instant case BE, and the same hereby IS, administratively closed without prejudice, however, to the right of any party to reopen this action for good cause shown upon a proper application to the Court after the disposition of the Bankruptcy proceedings.

IT IS FURTHER ORDERED That the Clerk shall mail copies of this Order to counsel.

_____
Benson Legg
United States District Judge